UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RICHARD D. NAVROTSKY, and LORRE WALCHLE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:05-CV-258-TLS ) |
| OFFICER LARRY TAGUE and THE CITY OF FORT WAYNE, | ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (DE 22) filed July 12, 2006.

The Court being duly advised GRANTS said Stipulation and ORDERS this cause of action DISMISSED WITH PREJUDICE. Each party to bear their own costs.

SO ORDERED this 14th day of July, 2006.

S/ Theresa L. Springmann
THERESA L. SPRINGMANN, JUDGE
UNITED STATES DISTRICT COURT